IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TOMMY LOUIS JERRELL                                                                                    PLAINTIFF

v.                                    Civil No. 09-5060

SHERIFF TIM HELDER; and
NURSE RHONDA BRADLEY                                                                          DEFENDANTS

## **JUDGMENT**

For the reasons stated in a memorandum opinion of even date, I find Plaintiff is entitled to judgment in his favor on his denial of dental care claim. Plaintiff is awarded a monetary judgment against Defendant Nurse Rhonda Bradley in the amount of $14,700, representing $100 a day from January 16, 2009, to June 11, 2009. Costs in the amount of the filing fee, $350, are also awarded Plaintiff. Defendant Nurse Rhonda Bradley is directed to pay the filing fee to the Clerk of Court. **If any sums have been deducted from Plaintiff's prison account for payment of the filing fees, those amounts should be refunded to him by the Court Clerk.**

Defendants are entitled to judgment in their favor on all other claims asserted by the Plaintiff.

IT IS SO ORDERED this 6th day of June 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)